BADGER MUTUAL FIRE INSURANCE COMPANY, Respondent, vs. WERBA and others, Appellants.

For the appellants: *Louis R. Potter* of Milwaukee.

For the respondent: *Anderson, Donovan & Steinle* of Milwaukee.

*By the Court.*—Judgment affirmed.

CHICAGO & NORTH WESTERN RAILWAY COMPANY, Respondent, vs. BRZEZINSKI and another, Appellants.

For the appellants: *Adolph P. Lehner* and *Lehner & Lehner,* all of Oconto Falls.

For the respondent: *John F. Baker* and *Llewellyn Cole,* both of Milwaukee.

*By the Court.*—Judgment affirmed.

LA DUC, Respondent, vs. SCHUSTER, Appellant.

For the appellant: *Corrigan, Backus, Ruppa, Bortin & Backus* of Milwaukee.

For the respondent: *Charles Quirk,* attorney, and *Robert E. Tehan* of counsel, both of Milwaukee.

*By the Court.*—Judgment affirmed.